No. 643, October Term, 1955. JOHNSTON ET AL. *v.* UNITED STATES, 351 U. S. 215;

No. 704, October Term, 1955. UNITED STATES *v.* PATTESON, 351 U. S. 215;

No. 722, October Term, 1955. COFFMAN *v.* OHIO, 351 U. S. 923;

No. 773, October Term, 1955. JOLLY *v.* UNITED STATES, 351 U. S. 963;

No. 809, October Term, 1955. SAWYER *v.* BARCZAK, SHERIFF, 351 U. S. 966;

No. 820, October Term, 1955. ROBINSON, ADMINISTRATRIX, *v.* NORTHEASTERN STEAMSHIP CORP., 351 U. S. 937;

No. 851, October Term, 1955. HADZIMA *v.* UNITED STATES, 351 U. S. 953;

No. 854, October Term, 1955. LOTT *v.* UNITED STATES, 351 U. S. 953;

No. 860, October Term, 1955. IN RE MILLER, 351 U. S. 951;

No. 901, October Term, 1955. SCHER *v.* WEEKS, SECRETARY OF COMMERCE, 351 U. S. 973; and

No. 928, October Term, 1955. OFFUTT *v.* UNITED STATES, 351 U. S. 988. Petitions for rehearing denied.

No. 386, October Term, 1955. INTERNATIONAL MOLDERS & FOUNDRY WORKERS UNION OF AMERICA, AFL, LOCAL UNION No. 294, *v.* WESTERN FOUNDRY Co., 350 U. S. 886. Motion for leave to file petition for rehearing denied.

No. 795, October Term, 1955. PURSSELLEY *v.* UNITED STATES, 351 U. S. 953. Rehearing denied.

No. 549, Misc., October Term, 1955. WILLIAMS *v.* UNITED STATES ET AL., 351 U. S. 986; and

No. 207, Misc., October Term, 1955. CHICK *v.* TEXAS, 351 U. S. 935. Petitions for rehearing denied.